Brieant, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEFF SINGER

    Plaintiff,

-against-

GARY LOGSDON, TYLER THOMPSON and
KURT MAIER,

    Defendants.

Civil Action No.: 07 CIV 11087 (CLB)

**STIPULATION EXTENDING TIME
TO ANSWER THE COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for Plaintiff, Jeff Singer, and for Defendants, Gary Logsdon, Tyler Thompson and Kurt Maier, that the time within which the Defendants may answer, move, or otherwise respond to the Complaint in this matter is hereby extended to January 11, 2008. No previous requests for extensions of time have been made.

Dated: December 11, 2007

LAW OFFICES OF WILLIAM HART

By: _____
William Hart, Esq.   WH1554
*Attorneys for Plaintiff,*
*Jeff Singer*
700 White Plains Road
Scarsdale, New York 10583
Phone: (914) 472-7280
Fax:   (914) 472-7285

DEWEY & LEBOEUF LLP

By: _____
Robert J. Alessi, Esq. (RA4268)
*Attorneys for Defendants Kurt Maier,*
*Tyler Thompson and Gary Logsdon*
99 Washington Avenue, Suite 2020
Albany, New York 12210-2820
Phone: (518) 626-9000
Fax:   (518) 626-9010

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

SO ORDERED:

_____
U.S.D.J.

dated December 14, 2007