

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JEFF SINGER

      Plaintiff,

-against-

GARY LOGSDON, TYLER THOMPSON and
KURT MAIER,

      Defendants.

---

Civil Action No.: 07 CIV 11087

STIPULATION EXTENDING TIME
TO ANSWER THE COMPLAINT
& order

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for Plaintiff, Jeff Singer, and for Defendants, Gary Logsdon, Tyler Thompson and Kurt Maier, that the time within which the Defendants may answer, move, or otherwise respond to the Complaint in this matter is hereby extended to January 11, 2008. No previous requests for extensions of time have been made.

Dated: December 11, 2007

LAW OFFICES OF WILLIAM HART

By: _____
William Hart, Esq.    WH 1554
Attorneys for Plaintiff,
 Jeff Singer
700 White Plains Road
Scarsdale, New York 10583
Phone: (914) 472-7280
Fax:   (914) 472-7285

DEWEY & LEBOEUF LLP

By: _____
Robert J. Alessi, Esq. (RA4268)
Attorneys for Defendants Kurt Maier,
Tyler Thompson and Gary Logsdon
99 Washington Avenue, Suite 2020
Albany, New York 12210-2820
Phone: (518) 626-9000
Fax:  (518) 626-9010

So ordered: December 14, 2007

Charles Brieant
USDJ

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 98%

# DEWEY & LEBOEUF

Dewey & LeBoeuf LLP
99 Washington Avenue
Suite 2020
Albany, NY 12210-2820

tel +1 518 626 9400
fax +1 518 626 9010
ralessi@dl.com

December 12, 2007

**BY FACSIMILE (914) 390-4085**

Hon. Charles L. Brieant
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas St., Room 275
White Plains, NY 10601

    Re:   Singer v. Logsdon, et al.
            Civil Action No. 07-cv-11087

Dear Hon. Brieant:

       On behalf of our clients, Kurt Maier, Gary Logsdon and Tyler Thompson, we are writing to respectfully request a 30-day extension of time to answer the complaint in the above-referenced matter. As evidenced by the attached Stipulation Extending Time to Answer the Complaint, all parties consent to this request. The brief extension is being requested to allow the parties to continue with their settlement negotiations, wherein a Memorandum of Understanding has been signed, without incurring the diversion of resources associated with further litigation.

       Thank you very much for your consideration of this request.

                          Respectfully submitted,

                          Robert J. Alessi

Enclosure
cc:   William Hart, Esq. (via e-mail)

NEW YORK | LONDON MULTINATIONAL PARTNERSHIP | WASHINGTON, DC
ALBANY | ALMATY | AUSTIN | BEIJING | BOSTON | BRUSSELS | CHARLOTTE | CHICAGO | EAST PALO ALTO
FRANKFURT | HARTFORD | HONG KONG | HOUSTON | JACKSONVILLE | JOHANNESBURG (PTY) LTD. | LOS ANGELES
MILAN | MOSCOW | PARIS MULTINATIONAL PARTNERSHIP | RIYADH AFFILIATED OFFICE | ROME | SAN FRANCISCO | WARSAW