UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
JEFF SINGER, :
: Civil Action No.: 7:07-cv-~~110787~~
Plaintiff, :
: 11087
-against- :
: NOTICE OF DISMISSAL
GARY LOGSDON, TYLER THOMPSON and : & ORDER
KURT MAIER, :
:
Defendants. :
- - - - - - - - - - - - - - - - - -x

Pursuant to Fed. R. Civ. P. 41 (a)(1), no class having been certified and no answer or other response having been filed by the defendants, Plaintiff Jeff Singer ("Singer"), by its undersigned attorneys, hereby voluntarily dismisses the captioned action as against all defendants, without prejudice and with each party to assume his respective costs and attorneys' fees.

Dated: March 4, 2008

LAW OFFICES OF WILLIAM HART

By: _____
William Hart (WH 1554)
700 White Plains Road
Scarsdale, New York 10583
Telephone: (914) 472-7280
Attorneys for Plaintiff

To: Robert J. Alessi, Esq.
Dewey & Leboeuf, LLP
99 Washington Avenue, Suite 2020
Albany, New York 12210-2820

So Ordered. March 6, 2008

_____
Charles Brieant
USDJ

- 1 -

LAW OFFICES OF
# WILLIAM HART
700 WHITE PLAINS ROAD
SCARSDALE, NEW YORK 10583

WILLIAM HART (bill@hartlaw.net)
SLOANE A. WORTH (sloane@hartlaw.net)

JACK HART (1909-2006)

TELEPHONE: (914) 472-7280
FAX: (914) 472-7285

BY FAX - 914-390-4085

March 4, 2008

Honorable Charles L. Brieant
United States Courthouse
300 Quarropas St., Room 275
White Plains, NY 10601

  Re: Singer v. Logsdon, et al.
    Case Number: 7:07-cv-11087

Dear Judge Brieant:

  We are the attorneys for Jeff Singer ("Singer"), plaintiff in the referenced action.

  The parties have settled their dispute, and Singer is voluntarily dismissing the action. In accordance with our telephone conversation with your Clerk this morning, we are enclosing a Notice of Dismissal of the referenced action.

  The Court has scheduled a Case Management Conference for March 14, 2008. We have been advised by your Clerk that if the Notice of Dismissal is accepted by the Court, we will receive electronic notification, at which time the Conference scheduled for March 14, 2008 will be deemed canceled.

  We respectfully request that the Court accept the enclosed Notice of Dismissal.

           Respectfully,

           William Hart

WH:to

cc: (by fax)
  Robert J. Alessi, Esq.
  Gregory G. Nickson, Esq.